NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**PATRICIA A. MCCULLEY,**
*Claimant-Appellant,*

v.

**Eric K. Shinseki, SECRETARY OF VETERANS AFFAIRS,**
*Respondent-Appellee.*

---

2012-7092

---

Appeal from the United States Court of Appeals for Veterans Claims in No. 10-1362, Judge Robert N. Davis.

---

**JUDGMENT**

---

JOHN B. WELLS, Law Offices of John B. Wells, of Slidell, Louisiana, argued for claimant-appellant.

ALLISON KIDD-MILLER, Trial Attorney, Commercial Litigation Branch, Civil Division, United States Department of Justice, of Washington, DC, argued for respondent-appellee. On the brief were STUART F. DELERY, Acting Assistant Attorney General, JEANNE E. DAVIDSON, Direc-

tor, MARTIN F. HOCKEY, JR., Assistant Director, and JAMES SWEET, Trial Attorney. Of counsel on the brief were DAVID J. BARRNES, Deputy Assistant General Counsel, and LARA EILHARDT, Staff Attorney, United States Department of Veterans Affairs, of Washington, DC.

———————————

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (NEWMAN, CLEVENGER, and WALLACH, *Circuit Judges*).

**AFFIRMED.  *See* Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

  May 21, 2013           /s/ Jan Horbaly  
          Date               Jan Horbaly  
                                      Clerk